| Date | Pleading Number | |
|---|---|---|
| 10/8/71 | 1. | MOTION OF UNITED STATES for consolidation of action pending in N.D. Iowa with action pending in Colorado.  Brief and Certificate of Service attached. |
| 10/14/71 | 2. | Pltf. DeWesse response to Motion. |
| 10/15/71 | 3. | Pltf. Reisinger response to motion. |
| 10/18/71 | | AMENDED CERTIFICATE OF SERVICE for motion by United States. |
| 10/19/71 | | AMENDED CERTIFICATE OF SERVICE pf ltf. Reisinger response. |
| 10/22/71 | 4. | MOTION OF UNITED STATES to incl. N.D. Cal., No. C-71-669 (Demanes) |
| 10/27/71 | | JEANNE T. VESEY, ETC. v. U.S.A., C.D.CALIF., 71-2434 SHOW CAUSE ORDER entered today.  Notified counsel. Involved judges. |
| 11/2/71 | | ORDER - setting A-1 through C-1 for hearing, 12/8/71 Phoenix, Ariz Notified counsel involved judges. |
| 11/15/71 | 5 | JEANNE T. VESEY, plaintiff. Response to Order to Show Cause |
| 11/19/71 | 6 | FRIZZEL etc and FAULL etc. Response to Order to Show Cause w/cert. of service |
| 11/24/71 | 7 | BEECH AIRCRAFT - Response to OSC w/cert of service. |
| 12/6/71 | 8 | REISINGER (P) Supplemental resistance to Notice of Motion w/cert of service. |
| 2/22/71 | 9 | JEANNE T. VESEY, ETC. V. U.S.A., C.D. CALIF. 71-2434 Plaintiff stipulation for continuance of pretrial hearing in C.D. CALIF.  pending disposition of the JPML for a period of 60 days. |
| 2/29/72 | | CONSENT OF JUDGE ARRAJ for JUDGE WINNER TO HANDLE LITIGATION IN THE DISTRICT OF COLORADO FOR PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. §1407 |
| 2/29/72 | | OPINION AND ORDER - transferring actions from District of Iowa, N.D. Calif., C.D. Calif. to the Dist. of Colorado with action pending there for pretrial proceedings pursuant to 28 U.S.C. §1407 and assigning to Judge Winner. |
| 9/14/73 | 10 | LETTER FROM JUDGE WINNER stating pretrial is completed and remand is appropriate in two actions C-3820 and C-3821 |
| 9/14/73 | | Resinger, etc. v. U.S., (N.D.Iowa C.A. No. 71-C-6-CR) D. Col. C-3280 Vesey, etc. v. U.S., (C.D. Calif, C71-2434-LTL) D. Col., C-3821 Conditional Remand Orders entered today.  Notified counsel, involved judges. |
| 10/1/73 | | Resinger, v. U.S.A., N.D. Iowa CA No. 71-C-6-CR) D. Col. C-3280 Vesey, etc. v. U.S.A., C.D. Calif. C71-2434-LTL) D. Col, C-3821 CRO effective today.  Notified involved judges and clerks |

OPINION AND ORDER, FEB. 29, 1972 ~~339~~ F. SUPP. ~~415 (1972)~~ DOCKET NO. ___88___

*339*   *415 (1972)*

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Description of Litigation *Computer ID Code 082*

IN RE AIR CRASH DISASTER NEAR DENVER, COLORADO ON OCTOBER 3, 1969   *2/29/72*

*Judge Winner, Dist of Colorado   2/29/72*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Vera Reisinger, etc. v. United States of America *Remanded 10/1/73* | N.D. Iowa 71-C-6-CR | *McManus* | 2/29/72 | *C-3820* Motion of Def U.S.-10/8/71 |
| A-2 | Robert E. Deweese v. United States of America *D/S 5/5/76* | Colorado C-3097 | *Chilson* | NTN | " ___ " |
| B-1 | Jeanne T. Vesey, etc. v. United States of America *Remanded 10-1-73* | C.D. Calif. 71-2434-LTL | *Lydick* | 2/29/72 | *C-3821* SCO-10/22/71 |
| C-1 | Floyd A. Demanes, etc. v. Beech Aircraft Corp., et al. *transferred 2/29/72* *D/S 5/5/7* | N.D. Calif. C-71-1669 *LHB Burke* | 2/29/72 | *9* | *C-3799* Suppl Mot. of U.S.-10/22/71 *Closed 9/20/* |

*Verified correct as above*
*by Trial Court May 1975*

*Verified   3   IE*
*July 1976   1   XY2*
*4*
*Verified   (2) Rem*
*July 1977   3 pending*

~~Dismissed~~

*All closed 1979*

DOCKET NO. 88

## ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE AIR CRASH DISASTER NEAR DENVER, COLORADO ON OCTOBER 3, 1969

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | John L. Butler, Esquire<br>Lundy, Butler, Wilson & Hall<br>Attorneys at Law 1305 12th Street<br>Eldora, Iowa 50627 | Evan L. Hultman, Esquire<br>United States Attorney<br>Sioux City, Iowa |
| A-2 | Kenneth N. Kripke, Esquire<br>Kripke, Carrigan & Dufty<br>1515 Cleveland Place<br>Denver, Colorado 80202 | James L. Treece, Esquire<br>United States Attorney<br>Denver, Colorado<br><br>MARK A. Dombroff<br>Gerard R. Lear, Esquire<br>Civil Division, Torts Section<br>Department of Justice<br>Washington, D.C. 20530<br>   DO NOT OPEN IN MAILROOM<br><br>METRO COMMUTER AIRLINES, INC.<br>Hangar No. 4<br>Stapleton International Airport<br>Denver, Colorado 80204<br><br>L. KENT IOERGER<br>1451 East Costilla Avenue<br>Littleton, Colorado 80102<br><br>BILLIE L. IOERGER<br>1451 East Costilla Avenue<br>Littleton, Colorado 80102 |
| B-1 | Gary R. Ricks, Esquire<br>Price, Postel & Parma<br>200 E. Carrillo Street<br>Santa Barbara, California 93101 | Robert L. Meyer, Esquire<br>United States Attorney<br>Los Angeles, California |
| C-1 | Demanes & Sanders<br>1860 El Camino Real<br>Penthouse<br>Burlingame, California 94010 | BEECH AIRCRAFT<br>  Lawrason Driscoll, Esquire<br>  Bronson, Bronson & McKinnon<br>  Bank of America Center<br>  555 California Street<br>  San Francisco, California 94104<br>James L. Browning, Jr., Esq.<br>United States Attorney<br>San Francisco, California |

p. 1

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 88 -- AIR CRASH DISASTER NEAR DENVER, COLORADO ON 10/3/69

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| UNITED STATES OF AMERICA | A-1; A-2; B-1; C-1 |
| | |
| METRO COMMUTER AIRLINES, INC. (3d-pty. def) | A-2 |
| L. KENT IOERGER (3d-pty. def) | A-2 |
| BILLIE L. IOERGER (3d-pty. def) | A-2 |
| BEECH AIRCRAFT CORP. | C-1 |
| | |
| | |
| | |